TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

Application GRANTED. Plaintiff's deadline to file his motion for judgment on the pleadings is extended until **November 24, 2026**; the SSA's deadline to file its response to Plaintiff's motion is extended until **February 22, 2027**, and Plaintiff's deadline to file his reply, if any, is extended until **March 8, 2027**. The Clerk of Court is respectfully requested to terminate ECF 9.

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Dated: August 17, 2026
New York, NY

August 17, 2026

**VIA ECF**

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Rodriguez v. Commissioner of Social Security*
Civil Action No. 1:26-cv-04420-RFT

Dear Judge Tarnofsky,

We write on behalf of our client, Jason Rodriguez, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's motion for judgment on the pleadings, currently due on August 26, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file his motion for judgment on the pleadings on or before: **November 24, 2026**;
2. Defendant to file its response to plaintiff's motion/cross motion on or before: **February 22, 2027**; and
3. Plaintiff to file his reply, if any, on or before: **March 8, 2027**.

43 West 43rd Street, Suite 131
New York, New York 10036

Telephone 212-725-9800
Facsimile 212-500-5115

trustlawpc.com
info@osbornlawpc.com

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)